EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Queja |
|--------|-------|
| Angel R. Matos González | 99 TSPR 182 |

Número del Caso: AB-1999-13

Fecha: 17/12/1999

De la Oficina del Procurador General: Lcda. María del Pilar Aguirre
                                      Vázquez

Abogados de la Parte Querellada: Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

In re:

Angel R. Matos González

AB-99-13

PER CURIAM

San Juan, Puerto Rico, a 17 de diciembre de 1999

En un caso de custodia, actualmente pendiente ante la Sala Superior de Ponce del Tribunal de Primera Instancia, en el cual la demandante Maureen Ocasio Santiago es representada por el Lcdo. Felipe Pérez Cruz, y la parte demandada está representada por el Lcdo. Angel R. Matos González, este último radicó un escrito en el cual, entre otras cosas, señaló que la "...actitud de la demandante, al radicar una moción con información falsa, deja mucho que pensar sobre su honradez y sobre sus principios morales ante este Tribunal".

Mediante escrito juramentado, de fecha 22 de enero de 1999, la Sra. Ocasio Santiago se querelló

ante este Tribunal del Lcdo. Matos González. Alegó, en síntesis, que las anteriores expresiones constituían un "ataque personal, directo e injustificado y difamatorio contra su persona", violatorias las mismas de los Cánones de Etica Profesional.

Luego de solicitar la reacción del Lcdo. Matos González, contar con los comentarios de éste, y recibir el Informe del Procurador General de Puerto Rico[1], le concedimos término al mencionado abogado para que mostrara causa por la cual este Tribunal "no deba amonestarlo y/o censurarlo por las manifestaciones impugnadas." Contando con la comparecencia del Lcdo. Matos González, procedemos a resolver el asunto sin ulterior trámite.

I

Los Cánones de Etica Profesional establecen las normas mínimas que deben guiar a los miembros de la profesión en el desempeño de su delicada e importante labor. In re: Filardi Guzmán, Opinión y Sentencia del 23 de enero de 1998. Enfatizamos el hecho de que la meta de todos los abogados debe siempre ser la de actuar a un nivel superior de lo mínimo pautado por dichos Cánones.

El Canon 15 de los de Etica Profesional, T. 4 Ap. IX C.15, exige que el abogado trate a los litigantes contrarios, y a sus testigos, con respeto y consideración.

---

[1] Conforme establece la Regla 14(d) de nuestro Reglamento.

Huelga decir, entonces, que los abogados --actores principales en la litigación-- deben ejercer, al máximo de sus facultades, el deber de cortesía, respeto y consideración que les impone el mencionado Canon. En otras palabras, el abogado jamás debe de olvidar que siempre debe de actuar con gran celo, cuidado y prudencia. In re: Rodríguez Torres, 104 D.P.R. 758, 765 (1976).

Si bien es cierto que el abogado tiene el derecho, y la obligación, de defender la causa del cliente que le fue encomendada con gran vigor, energía y vehemencia, ello no implica que éste pueda ser poco respetuoso o prudente. Esto es, el abogado debe evitar, en todo momento, que sus expresiones puedan ser interpretadas, por los demás participantes del proceso judicial, como que está poniendo en tela de juicio su honradez, moral y honestidad.

## II

En la moción que radicara en el presente caso, el Lcdo. Matos González utilizó una fraseología, o hizo unas expresiones, en las cuales, no hay duda, se cuestiona la honradez y principios morales de la Sra. Ocasio Santiago; incluso, se puede decir que dichas imputaciones afectan, igualmente, el buen nombre y reputación del representante legal de ésta, ya que éste es el que, en representación de su cliente, redacta y firma los escritos a los que hace referencia el Lcdo. Matos González.

Ello, en nuestro criterio, resulta violatorio de los Cánones de Etica Profesional. Por ello lo amonestamos, advirtiéndole que en el futuro debe ejercer moderación y prudencia en la defensa de los intereses de sus clientes.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Angel R. Matos González                    AB-99-13

**SENTENCIA**

**San Juan, Puerto Rico, a 17 de diciembre de 1999**

**Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia amonestando al Lcdo. Angel R. Matos González y advirtiéndole que en el futuro debe ejercer moderación y prudencia en la defensa de los intereses de sus clientes.**

**Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Negrón García no intervino.**

**Isabel Llompart Zeno**
**Secretaria del Tribunal Supremo**